IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTS DIVISION

Sheara Bryant
(plaintiff)
V
BRYANT WILLIAMS — YVONNE WILLIAMS
Anne E Johnson   Jacquie Ducharme
Christopher Dolan  William Warnken
Lisa Ann Grant   Eric Huttenbach
James Coffey    Cindy Serene
Johnathan Tynes  Thomas Hicks
Duncan Matres   Aman Saleh
Charles Beuler  (defendants)
Erin Harris
Sergio Carvajal

Comes Now, Sheara Bryant, pro se and states the following:

1. That I answered yes to My arraignment in Session 6, in front of Judge DeVecchio Jr, when asked "...Do I understand the charges against me in case # 1907CR0348 in the hearing of the matter which began 6 2:45pm on February 19, 2019;

2. That I then instructed my then Attorney Christopher Dolan, to enter a plea of not guilty in response to Judge DeVecchio Jr's questioning "...How do you plea?..." on February 19, 2019

3. That on May 21, 2019 I engaged

IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTS DIVISION

Sheara Bryant
(Plaintiff)
V.
Anne E. Johnson, E. Harris, BRYANT WILLIAMS, YVONNE WILLIAMS
C. Dolan, L. Grant, J. Ducharme,
J. Coffey, J. Tynes, W. Warnken
D. Matres, C. Bewler, C. Sereno,
T. Hicks, A. Saleh, S. Carvajal
(defendants)

3. Cont. in court proceedings and waived my appearance @ a hearing scheduled that day in Dorchester District Court house, which filing was reviewed and granted by the court;

4. That on August 2, 2019 in a hearing held in Session 1 @ 2:53pm (starting time) I was abducted and illegally encarcerated by Judge James Coffey, Attorney Christopher Dolan and Dr. Anne E. Johnson and taken into custody @ Dorchester

<u>IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTES DIVISION</u>

SHEALA BRYANT
(Plaintiff)

v.

Anne E. Johnson, E. Harris
C. Dolan, L. Grant, J. Ducharme
J. Coffey, J. Tynes, W. Warnken
D. Matros, C. Beuler, C. Serone
T. Hicks, A. Saleh, S. Carvajal

4. at. District Ct House, 510 Washington St. Dorchester Massachusettes and subsequently transported to the Worcester Recovery Ctr & Hospital where I am now presently falsely incarcerated;

5. That when I was admitted to WRCH I was given a fraudulent forensic evaluation by Dr. Aman Saleh and Dr. William Warnken in and between 8/2/2019 - 8/22/2019;

6. That on 8/22/2019 in Session 1 in a hearing presided over by Judge Jonathan Tynes I was illegally remanded to Worcester Recovery

IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTS DIVISION

SHEARA BRYANT
(Plaintiff)
V
Anne E. Johnson
et al
(defendants)

Court Ctr & Hospital by an illegal finding by Judge Jonathan Tynes of being incompetent to stand trial on charges which were subsequently lessened to Disorderly Conduct, 1st offense;

2. That I had no right being referred for psych evaluation when I am clearly legally competent and have full understanding (proven), of court proceeding & Attorney client relationship;

8. That Dorchester court officials, aforementioned misused the psychiatric evaluation referral & process to intimidate Sheena Bryant from voicing legal opposition and possible community & police investigation into a crime

IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTES DIVISION

SHEARA BRYANT
(plaintiff)
V
ANNE E. Johnson
et al
(defendants)

1. That she alleged Judge Jonathan Tynes & Christopher Dolan were colluded.

10. That multi Sheara Bryant accusations do not constitute legal incompetence or dictate a necessity for her to be referred for a determination of legal competency.

11. That in placement @ Worcester Recovery Ctr & Hospital, Sheara Bryant are in harms way and in daily perils (EXHIBIT A)

<u>IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTS DIVISION</u>

SHEAKA BRYANT
(plaintiff)
v
ANNE E. JOHNSON
et al
(defendants)

12 That I have been discriminated against because I am apparently & visibly a disabled person

13 That because I am visibly disabled I have been denied equal access to the knowledge of the law from my attorneys in this case BD62MH3, equal access to engage in the legal process, the judicial system, and thus equal protection under the law

14 That Cindy Serene can't get a petition over the phone to overrule a judges' findings

IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTES DIVISION

SHEARA BRYANT
(plaintiff)
v
ANNE E. JOHNSON
et al
(defendants)

15. That I've been discriminated against and denied my right to engage in the legal process because I am of the Rastafarian religion and because I am a disabled person suffering from head trama;

16. That I have been repeatedly raped tortured and assaulted and battered denied urgent care and a regular course of care while a patient @ WRCH;

IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTS DIVISION

SHEARA BRYANT
(plaintiff)
v
ANNE E. JOHNSON
et al
(defendants)

16. That I do not take prescription drugs due to my religious beliefs and have despite that fact been forcibly injected with olanzapine G.WRCH

17. That Doctors G.WRCH are engaging in dangerous experimental drug testing illegally using disabled Americans as virtual guinney pigs and inflicting pain & suffering on disabled people. (EXHIBIT B)

Therefore I am asking the court to release me & award me (2) million dollars in relief for damages: my pain & suffering & mental & physical duress I incurred G.WRCH because of the discriminatory & negligent actions of the defendants who are equally culpable and therefore should pay equal amounts of relief

IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTES DIVISION

Sheava Bryant
(PLAINTIFF)

V

B. WILLIAMS
et al
(defendants)

# ARGUMENT

I am complaing to the Court in order to stop this cycle of abuse which, ultimately, is equivalent to Nazi genocide. That I was adopted and I believe that this fact is also a factor in the discrimination and victimization that I've faced, due to the fact that I have "no ties" to the community and therefore virtually no recourse outside of public authorities, seemingly, in possible times of trouble. Bryant Williams, my former foster dad is the son of Benjamin Tanner Johnson, a former Nobel Prize laureate in International law, who is now deceased. Yvonne Williams was born and raised in Worcester, Massachusettes, and has family members have resided in Worcester and the surrounding areas their entire lives. The Williams'

# IN THE DISTRICT COURT OF THE UNITED STATES MASSACHUSETTS DIVISION

SHEARA BRYANT
(plaintiff)

V

B. Williams
ANNE E. JOHNSON
et al
(defendants)

and their friends @ Dorchester District Courthouse and the Worcester Recovery Center and Hospital discriminated against me and illegally encarcerated me: in order to, take my beliefs and opinions and religious convictions out of the lives of my children and make me appear as an outcast of society; in order to, hinder my ability to help my children financially; and in order to thwart my efforts at building a meaningful life and meaningful relationships with my real family members, truly dispicable aspirations held by the defendants.

The defendants, whom I shall call racists and bigots conspired to destroy my welfare and life of health because I am a black person who has a small frame. Furthermore, because of my small stature

10

IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTS DIVISION

Sheara Bryant
(Plantiff)
v
B. Williams,
Anne E. Johnson
et al
(defendants)

I can readily be percieved by aspiring manipulators as "easy prey". I have no place at a state hospital where people who are severely mentally retarded or physically handicapped are admitted for care and treatment and so that they can be helped to maintain a functioning existance. But because of political differences, differences in world views or outlooks, "LGBQT" versus Rastafarian, Dorchester court officials unlawfully refered me for psychiatric evaluation and doctor @ Worcester Recovery Center & Hospital malpracticed and misdiagnosed me. My human rights and civil rights were not respected as a member of a minority group. I was put under emotional duress @ WRCH and incurred bodily harm. My eyebrows were constantly shave off in their entirety which made

# IN THE DISTRICT COURT OF THE UNITED STATES MASSACHUSETTS DIVISION

Sheara Bryant (plaintiff)

v

B. Williams, Anne E Johnson et al (defendants)

me suffer loss of eyesight, which I am experiencing presently. Also appearance is slightly altered almost as if I've been a potential victim of identity theft.

# BACKGROUND

My former foster dad, Bryant Williams, made the following remarks in a loud outburst in approx. 2008-2009; "...I hate you children! I'm going to domesticate you! I'm going to make you love this country because of revenge!!..." Prior to these provocative statements, I'll never forget when I was approximately 26 years old 25 years ago Mr. Williams handed me an Indian knife in his house, 19½ Mariposa St, and said words which were undiscernable to me, at the time, "...take this...because what I'm about to do to you... you might as well commit suicide!..."

## IN THE DISTRICT COURT
## OF THE UNITED STATES
## MASSACHUSETTES DIVISION

Sheara Bryant
( PLAINTIFF )

V

B. Williams,
ANNE E. JOHNSON
et al
defendants

I reported the incident with the knife to the police & FBI.

I really didn't have a clue about the meaning of his sentiments and where his "revenge" stemmed from. Mr. Williams was constantly making forboding and threatening statements to "us kids" throughout our childhood. "...Don't get plucked off!"... "Don't take no wood in Nichols!"... (which I always as a child interpretted "wooden nichols" Later in life I came to understand that Mr Williams was referring to Nichols Pond in Hardwick, Vermont (Cabot line) As a child I remember Bryant Williams selling Christmas trees @ Christmas time as a part-time employment - I believe he used to frequent the Hardwick area and recently he's made mention to "Old Man Foster" with whom he perhaps purchased Christmas trees from

IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTS DIVISION

Sheara Bryant
(plaintiff)
v.
B. Williams
ANNIE E JOHNSON
et al
(defendants)

Claude Fontaine who still sells in front of Higher Ground Disco ~~Esto~~. When I was app. 8 years old I met Gary Pimmock, then an administrator of Pimmock Hospital on Columbus Ave, near Egleston square in Boston. Gary Pimmock is a neighbor to Alain Fradette who works on Fontaine (Christmas) Tree Farm in Walden, Vermont which boarders East Hardwick. Alain Fradette, son of Arsene Fradette literarally live side by side with Gary Pimmock. That Alain Fradette is the other person who my son (Uncle Anthony) said was responsible for mutilating his genitals. The Hardwick Town vaudeville is one of the biggest in North east Vermont, although I am not aware of the "LGBTQ" history in terms of its length in the area. However I do believe that the misfortune's I've experienced and that of my son do stem from some "LGBTQ" drama that my former foster parents are secretly a part of,

IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTS DIVISION

Sheara Bryant
(PLAINTIFF)
v
B. WILLIAMS
ANNE E JOHNSON
et al
(defendants)

An "LGBQT" drama that they are trying to live out, and in the process, are intent on usurping me and my children inalienable rights to self preservation, prosperity, peace and pursuit of happiness.

Moreover and more recently Mr Williams has been oddly remarking to me, since in and around 2015; "... Why don't you have a relationship with your mother?..." Repeatedly he has made these remarks so much so that I've had to reply on several occasions, "... Because I'm not a lesbian..." That due to the fact that Mrs Williams constantly tries to enter the bathroom or is compelled to of I'm showering is one reason why I've had to alternative means to bathing in Boston, while visiting such as fitness clubs. That Mr. Williams as wife had been inappropriately trying to touch me more than once, has made our formerly polite dispositions

### IN THE DISTRICT COURT OF THE UNITED STATES MASSACHUSETTS DIVISION

Shara Bryant
(PLAINTIFF)

B WILLIAMS
ANNE E. JOHNSON
et al
(defendants)

towards each other now in awkward situation.

I believe I was adopted by the Williams in order to suit their purposes in life and that is their secret sexual preferences and habitual illicit practices. That the couple adopted to breed a type of person who would serve their sorted purposes is, to me, obvious. The misfortunes that have been happening to me and my children are indicative of my former foster family's illegal & unlawful attempts to target me and my children as victims of human trafficking with other family members, & associates helping and sharing in the "spoils".

Dr. Johnson remarked in the hearing before Judge Coffey on 8/2/2019 @ Dorchester District Courthouse "... there is a bed available @ Whidden"

4

IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTES DIVISION

Sheara Bryant
(PLAINTIFF)
v.
B. Williams
Anne E. Johnson
et al
(defendants)

As a mother of five children, I am not in agreement with someone suggesting that I be separated from my children in pursuit of free room and board. Furthermore Wrett's function is not that of a homeless shelter. The fact that I've been illegally detained @ Worcester Recovery Center and Hospital and simultaneously have lost all contact with my children recently is alarming to me and invokes my former foster dad past remarks about my child, "...Her (Mr Williams) going to get in his son days..." "B. Williams made this remark to me one day in the parking lot of Citizens Bank in Mattapan Square, Mattapan, Mass.

IN THE DISTRICT COURT
OF THE UNITED STATES
MASSACHUSETTES DIVISION

Sheara Bryant
(PLAINTIFF)
v
B Williams
Anne E Johnson
et al
(defendants)

That the sorted interest of ~~one~~ any one individual can not be served unless unscrupulous people group together and operate a network of crime and corruption, as typified in this case, replacing the aims and objective of their government employment with alternate mandates, in the fulfillment of personal agenda of unsavory inclinations